# EXTENTION

## Trial Court Cause No. 007-0815-16

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/30/2017 6:02:19 AM
PAM ESTES
Clerk

## In the 7th District Court> District Court of Smith County, Texas

## Honorable Kerry L Russell, Judge Presiding

### STATE OF TEXAS, APPELLANT(S)

### VS.

### TEVIN BREON DILLARD, Appellee(s)

**Appealed to the**
**Court of Criminal Appeals at Tyler, Texas**

**Attorney for Appellant(s):**

Name:     Angela R McKinnon
Address:  12 Greenway Plaza, Suite 1100
             Houston, Texas 77046
Telephone no:    713-213-1663
Fax no.    713-588-8491
SBOT No.
Email:
**Attorney For**   TEVIN BREON DILLARD    , Appellant's

**Delivered to the Court of Criminal Appeals at Austin, Texas**
**on this the 30th day of January, 2017**

Lois Rogers, Smith County
District Clerk

By: *Steven Cowan*
Steven Cowan    , Deputy

Appellate Court Cause No. _____

Filed in theCourt of Criminal Appeals at Tyler, Texas on the ___30____
day of __January_____, 2017



Smith County Courthouse
100 N. Broadway, Room 204
Tyler, Texas 75702

# Lois Rogers
## Smith County District Clerk

(903) 590-1660
Fax (903) 590-1661

In the 7th District Court of Smith County,

Texas, the Honorable, KERRY L RUSSELLJudge

Presiding, the following proceedings were held and the following

Instruments and other papers were filed in this cause, to wit:

Trial Court Cause No.  007-0815-16

STATE OF TEXAS, Appellant

vs.

TEVIN BREON DILLARD, Appellee

# TRIAL COURT OFFICIALS

# REQUEST FOR EXTENTION OF TIME TO FILE RECORD

**FAX TO CATHY S. Lusk, CLERK, 12TH COURT OF APPEALS, TYLER, AT 903-593-2193**

**Court of Appeals No. (if Known)** 12-_____-_____-_____

**Trial Court Style: STATE OF TEXAS VS <u>TEVIN BREON DILLARD</u>**

**Trial Court & County: 7th District Court____<u>SMITH  COUNTY</u>  Trial Court No.: <u>007-0815-16</u>**

**Date Trial Clerk' Record Originally Due: 01/31/2017**

**Date Court Reporter's Record Originally Due: 01/31/2017**

**Anticipated Number of pages of Record: 69**

**I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply – attach additional pages if necessary.)**

**X** **To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.**

☐ **My duties listed below preclude working this record:**

☐ **Other, (Explain):**

**I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _3/02/2017_____ and I Hereby request an additional ___30_____ days within which to prepare the record. TEX. R. App.P. 37.3.**

**In compliance with TEX.R.App.P. 9.5(e), I certify that a copy of this notice has been served on counsel for all**

**Parties to the trial Court's judgment or order being appealed.  I further certify to my signature below that the**

**Information contained in this notice is true and within my personal knowledge.**

<u>**January 30, 2017**</u>        _____/S/ Steven Cowan
**Date**                        **/S/ Steven Cowan**

<u>**(903) 590-1677**</u>_____
**OFFICE PHONE NUMBER**

**Trial Clerk's/Court Reporter's Record Request for EXT/12TH CA-Cs:/Tyler/12-3-97/Rev 5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5© READS"**

*Certificate requirements.* **A certificate of service must be signed by the person who made the service and must state:**

**(1) The date and manner of service.**
**(2) The name and addresses of each person served; and**
**(3) If the person served is a party's attorney, the name of the party represented by that attorney.**
**The following parties have been served with a copy of this document:**
**(Information may be either printed or typed.)**

**LEAD COUNSEL FOR APPELLANT(S) :**                    **Lead Counsel for (Appellee(s)**


**Name:**_____          **Name:** _____

**Address:** _____          **Address:**_____

_____          _____

**Phone no:** _____          **Phone no:**_____

**Attorney for:**_____          **Attorney for:** _____

**Bar NO:**_____          **Bar Number:** _____


**Lead Counsel for (APPELLANT (S):**                    **Lead Counsel for APPELLEE(S):**

**Name** _____          **Name:**_____

**Address:** _____          **Address:**_____

_____          _____

**Phone no:** _____          **Phone no:** _____

**Attorney for:** _____          **Attorney for :** _____

**Bar NO.**_____          **Bar No.** _____


**Additional Information if any:**

_____
_____
_____

Smith County Courthouse
100 N. Broadway, Room 204
Tyler, Texas 75702

(903) 590-1660
Fax (903) 590-1661

# Lois Rogers
## Smith County District Clerk

I, Lois Rogers, Clerk of the 7th District Court Judicial District Court of Smith

County, Texas, do hereby certify that the documents contained in this

record to which this certification is attached are all of the documents

specified by Texas Rule of Appellate Procedure 34.5(a) and all other

documents timely requested by a party to this proceeding under Texas

Rule of Appellate Procedure 34.5(b).


Given under my hand and seal at my office in Tyler, Smith County, Texas

on this the 30th day of January, 2017


Lois Rogers, Smith County District Clerk


By: /S/ **Steven Cowan**
Steven Cowan, Deputy